B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 11−37267−KRH
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jacqueline Almonte
335 3rd St
Fredericksburg, VA 22408

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−4076

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Jacqueline Almonte is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: February 27, 2012                    William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Jacqueline Almonte  
    Debtor

Case No. 11-37267-KRH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: admin     Page 1 of 3     Date Rcvd: Feb 28, 2012  
                   Form ID: B18     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2012.

```
db          +Jacqueline Almonte,   335 3rd St,   Fredericksburg, VA 22408-2334
cr           Wells Fargo Bank, N.A., Wells Fargo Auto Finance,   c/o Andrew S. Goldstein, Esq.,   P.O. Box 404,
              Roanoke, VA  24003-0404
10813123     Commonwealth of Virginia,    PO Box 27407,   Richmond, VA 23261-7407
10813124    +Conscrdtsvcs/Consumer Credit Services In,   1501 S Commerce St,   Las Vegas, NV 89102-2703
10813125    +County of Spotsylvania,   Treasurer’s Office,   PO Box 100,   Spotsylvania, VA 22553-0100
10813126    +Credit Control Corp,   Attention: Bankruptcy,   11821 Rock Landing Dr.,
              Newport News, VA 23606-4207
10813127    +Creditors Collection S,   Po Box 21504,   Roanoke, VA 24018-0152
10813129   ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
             (address filed with court: Dominion Virginia Power,   PO Box 26666,   Richmond, VA 23261-6666)
10813128     DirecTV,   PO Box 6550,   Greenwood Village, CO 80155-6550
10813130    +EHRA Med Serv of Virginia PC,   PO Box 37829,   Philadelphia, PA 19101-0129
10813138     NYS Department of Labor,   Unemployment Ins Div,   PO Box 4320,   Binghamton, NY 13902-4320
10813139    +Rac Acceptance,   5501 Headquarters Dr,   Plano, TX 75024-5837
10813140     Spotsylvania County Utilities,   Customer Service,   600 Hudgins Dr,
              Fredericksburg, VA 22408-4147
10813142    +Verizon Ny,   Verizon Wireless Department/Attn: Bankru,   Po Box 3397,
              Bloomington, IL 61702-3397
10813147    +William F. Enos, M.D., PLLC,   9834 Business Way,   Manassas, VA 20110-4151
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           EDI: QRMTERRY.COM Feb 29 2012 03:43:00   Roy M. Terry, Jr.,   Sands Anderson PC,
              P.O. Box 2188,   Richmond, VA   23218-2188
10813120    +EDI: ACCE.COM Feb 29 2012 03:43:00      Asset Acceptance Llc,   Attn: Bankruptcy,   Po Box 2036,
              Warren, MI 48090-2036
10813121    +E-mail/Text: robert.ruiz@cashcall.com Feb 29 2012 04:34:01      Cashcall Inc,
              Attention: Bankruptcy Department,   1600 S Douglass Rd,   Anaheim, CA 92806-5948
10813122    +EDI: CITICORP.COM Feb 29 2012 03:43:00      Citibank Usa,
              Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,   Kansas City, MO 64195-0363
10813131    +EDI: AMINFOFP.COM Feb 29 2012 03:43:00      First Premier Bank,   601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
10813132    +EDI: RMSC.COM Feb 29 2012 03:43:00      Gecrb/walmar,   Po Box 981400,   El Paso, TX 79998-1400
10813133    +EDI: RMSC.COM Feb 29 2012 03:43:00      Gemb/peach Direct,   Attn: bankruptcy,   Po Box 103104,
              Roswell, GA 30076-9104
10813134    +EDI: HFC.COM Feb 29 2012 03:43:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
              Carol Stream, IL 60197-5213
10813135    +EDI: HFC.COM Feb 29 2012 03:43:00      Hsbc Nv,   Attention: Bankruptcy,   Po Box 5213,
              Carol Stream, IL 60197-5213
10815085     EDI: IRS.COM Feb 29 2012 03:43:00      IRS,   P.O. Box 21126,   Philadelphia, PA 19114
10813136     EDI: IRS.COM Feb 29 2012 03:43:00      Internal Revenue Service,   400 N 8th Street, Box 76,
              Stop Room 898,   Richmond, VA 23219-0000
10813137    +EDI: WFNNB.COM Feb 29 2012 03:43:00      Newport News,   995 W 122nd Ave,
              Westminster, CO 80234-3417
10813141     EDI: AISTMBL.COM Feb 29 2012 03:43:00      T-Mobile,   Customer Relations,   PO Box 37380,
              Albuquerque, NM 87176-7380
10813143    +EDI: WFNNB.COM Feb 29 2012 03:43:00      Victoria’s Secret,   Attention: Bankruptcy,
              Po Box 182125,   Columbus, OH 43218-2125
10813144     EDI: WFFC.COM Feb 29 2012 03:43:00      Wells Fargo Bank NA,   PO Box 6995,
              Portland, OR 97228-6995
10813145    +EDI: WFFC.COM Feb 29 2012 03:43:00      Wffinancial,   Po Box 7648,   Boise, ID 83707-1648
10813146    +EDI: WFNNB.COM Feb 29 2012 03:43:00      Wfnnb/domestications,   Po Box 337003,
              Northglenn, CO 80233-7003
10813148     EDI: WFNNB.COM Feb 29 2012 03:43:00      World Financial Network Bank,   PO Box 182125,
              Columbus, OH 43218-2125
                                                                                              TOTAL: 18
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: admin              Page 2 of 3              Date Rcvd: Feb 28, 2012
                              Form ID: B18             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2012**                              **Signature:**    *Joseph Speetjens*

```
District/off: 0422-7              User: admin               Page 3 of 3               Date Rcvd: Feb 28, 2012
                                  Form ID: B18              Total Noticed: 33


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2012 at the address(es) listed below:
              Andrew S. Goldstein    on behalf of Creditor   Wells Fargo Bank, N.A., Wells Fargo Auto Finance
               AGoldstein@mglspc.com
              Roger C Hurwitz    on behalf of Debtor Jacqueline Almonte rchurwitz@gmail.com,
               courtneydeboise@gmail.com;2debtlawgroup@gmail.com;4036plank@gmail.com;jamieoulton@gmail.com;thede
               btlawgroupmail@gmail.com
              Roy M. Terry    rterry@sandsanderson.com,   gcross@sandsanderson.com;rterry@ecf.epiqsystems.com
                                                                                              TOTAL: 3
```